IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICHAEL RYAN NEPPACH

Criminal No. 19-308
**[UNDER SEAL]**

## ARRAIGNMENT PLEA

Defendant MICHAEL RYAN NEPPACH

being arraigned, pleads __Not Guilty__

in open Court this __7th__ day of

__October__, 20 __19__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)