IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 19-308 |
| v. | ) (Case No. 2:19-cr-00308-NBF-1) |
| | ) The Honorable Nora Barry Fischer |
| MICHAEL RYAN NEPPACH | ) |

## **DEFENDANT MICHAEL RYAN NEPPACH 'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS**

COMES NOW, the Defendant, MICHAEL RYAN NEPPACH, by his attorneys, GREENFIELD & KRAUT, and STANLEY W. GREENFIELD, Esquire, and moves the Court for an Order enlarging the time within which to file Pretrial Motions, and in support of which, avers the following:

1. Defendant's Pretrial Motions were due to be filed by November 21, 2019.

2. Defense Counsel is in the process of completing negotiations with the Federal Prosecutor.

WHEREFORE, Defendant, MICHAEL RYAN NEPPACH, requests an Order enlarging the time within which to file Pretrial Motions, from November 21, 2019, to January 28, 2020, or to such other time as suits the convenience of the Court.

Respectfully submitted,

        GREENFIELD & KRAUT

        <u>/s/ Stanley W. Greenfield, Esquire</u>
        Stanley W. Greenfield, Esquire
        PA I.D. No. 00622
        1040 Fifth Avenue, Third Floor
        Pittsburgh, PA 15219
        (412) 261-4466
        Counsel for Defendant, Michael Ryan Neppach