# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.     ) | Criminal No. 19-308 |
| ) | |
| MICHAEL RYAN NEPPACH,   ) | |
| ) | |
| Defendant.  ) | |

**HEARING ON** – Status Conference

Before Senior Judge Nora Barry Fischer

Jeffrey R. Bengel, AUSA  
Appear for U.S.A.

Stanley W. Greenfield, Esquire  
Appear for Defendant

Hearing begun  11/25/19 at 3:00 p.m.

Hearing adjourned to _____

Hearing concluded  11/25/19 at 3:10 p.m.

Stenographer: S. Siatkowski  
Clerk: J. Galovich

**WITNESSES:**

For U.S.A.           For Defendant

Court details background of matter.  However, defense counsel would like a continuance to discuss matter further with client;  Therefore, the Change of Plea set for 11/25/19 at 3:00 p.m. is cancelled and defendant's Pretrial Motions remain due 1/28/20; The Court will address issue of defendant's medication with U.S. Marshal; Defendant remanded to custody of U.S. Marshal.