IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-308 |
| | ) | |
| MICHAEL RYAN NEPPACH | ) | |

POSITION OF GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America, by and through its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant U.S. Attorney for said district, and files the following Position of the Government with Respect to Sentencing Factors:

Paragraph 85 of the Presentence Report currently indicates that defendant's total offense level is 16. The government requests that that defendant's total offense level be listed as 19, in order to conform to the calculation culminating in paragraph 22. The government believes that the advisory guideline range currently included in paragraph 85 is correct. Otherwise, the government has no objections, additions or modifications to the Presentence Report.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/ Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412/894-7424; 412/894-7311 (facsimile)
DC ID No. 1018621