IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 19-308 |
| v. | ) (Case No. 2:18-cr-00308) |
| | ) |
| MICHAEL RYAN NEPPACH | ) |

### DEFENDANT MICHAEL RYAN NEPPACH
### POSITION WITH RESPECT TO SENTENCING FACTORS

COMES NOW, the Defendant, MICHAEL RYAN NEPPACH, by his attorneys, GREENFIELD & KRAUT, and STANLEY W. GREENFIELD, Esquire, and files the Defendant's proposed corrections to the Presence Report:

Paragraph 85 should be corrected to indicate an offense level of 19, after acceptance of responsibility. However, the Guideline range at PSR paragraph 85, remains correct.

The Defendant has no other objections or corrections to the Presentence Report relative to Sentencing Factors, filed on March 2, 2020.

Respectfully submitted,

GREENFIELD & KRAUT

/s/ Stanley W. Greenfield, Esquire
Stanley W. Greenfield, Esquire
PA I.D. No. 00622
6315 Beacon Street
Pittsburgh, PA 15217

(412) 261-4466
Counsel for Defendant, Michael Ryan Neppach

Case 2:19-cr-00308-NBF   Document 36   Filed 03/06/20   Page 2 of 2