IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-308 |
| MICHAEL RYAN NEPPACH | |

SENTENCING MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said district, and respectfully submits this sentencing memorandum.

On August 28, 2019, defendant Michael Ryan Neppach robbed the PNC Bank on Route 19 in Cranberry using a demand note written on an envelope.  The victim teller recalled the note as indicating that the robber had a gun.  On December 11, 2019, defendant pled guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a).  Based on a total offense level of 19 and a criminal history category of VI, his applicable guideline range is 63 to 78 months of imprisonment.

The government submits that a sentence of imprisonment within the guideline range is "sufficient, but not greater than necessary," to comply with the purposes set forth in the sentencing factors articulated by Congress.  *See* 18 U.S.C. § 3553(a).  Defendant has a lengthy criminal history, which appears to have escalated from various theft and trespassing offenses into bank robbery—a very serious offense which is often traumatic for those working or doing business at the bank at the time.  The government submits that the sentence imposed in this case should account for this escalation in defendant's criminal activity and deter other individuals who might be tempted to follow a similar path.

The government submits that a sentence within the applicable guideline range is sufficient but not greater than necessary to achieve those purposes.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621