**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA     )
                                  )
     v.                           )   CRIM. NO.
                                    )
                                  )

**<u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>**

In accordance with Administrative Order 20-mc-466, this Court finds:

\_\_\_\_\_ For specific reasons that the proceeding(s) cannot be further delayed without serious

harm to the interests of justice; and

_____

_____

\_\_\_\_\_ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the sentencing hearing to be scheduled by further order of court, after
consultation with counsel; and

The proceeding to be scheduled by further order of court may be conducted by:

\_\_\_\_\_ Video Teleconferencing

\_\_\_\_\_ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

    \_\_\_\_\_ The Defendant (or the Juvenile) is detained at a facility lacking video

     teleconferencing capability.

    \_\_\_\_\_ Other:

_____

_____

Date:                                   _____